UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE A. MURILLO EID and KRISTINA
MURILLO EID, individually and as parents
and natural guardians for their minor
children, J.A.M., Ja.A.M., Jo.A.M., and
I.A.M.,

    Plaintiffs,

v.                                                 Case No. 8:24-cv-1544-TPB-AAS

MICHAELS MANAGEMENT
SERVICES, LLC,

    Defendant.
_____/

**ORDER ON PLAINTIFFS' MOTION TO COMPEL PRIOR
RECORDS OF SUBJECT RESIDENCE**

This matter is before the Court on Plaintiffs' motion at the April 23, 2025, case management conference to compel Defendant to provide responsive documents for the two-year period before Plaintiffs moved into the subject residence, related to work orders and maintenance or repair records, specifically from January 1, 2017, through January 1, 2019.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Plaintiffs' motion is **GRANTED**. Defendant shall provide the responsive documents on or before May 9, 2025.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>2nd</u> day of May, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE